# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ, | NO. ED CV 12-2150 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C.D.C.R., et al., | |
| Respondents. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 18, 2012.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE